UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTHONY L. BRADLEY,

          Plaintiff,

   v.

TIM LANG, *et al.*,

          Defendants.

Case No. C25-1211-TMC-MLP

ORDER

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    Plaintiff's IFP application (Dkt. # 1) is DENIED. Plaintiff is ORDERED to pay the filing fee within **thirty (30) days** after entry of this Order. If no filing fee is paid within thirty days of the Court's Order, the Clerk of Court is directed to close the case.

The Clerk is directed to send copies of this Order to Plaintiff and to Judge Peterson.

Dated this 27th day of August, 2025.

Tiffany M. Cartwright
United States District Judge

ORDER - 1